HAYES P. HYDE
*HHyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street
San Francisco, CA 94105
Tel.: +1 415 733-6044
Fax: + 1 415 390-7975

[ADDITIONAL ATTORNEYS IN SIGNATURE BLOCK]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF COLORADO, FLORIDA, ILLINOIS, IOWA, NEBRASKA, OKLAHOMA and UTAH; THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through LOS ANGELES COUNTY COUNSEL DAWYN R. HARRISON and SAN FRANCISCO CITY ATTORNEY DAVID CHIU<br><br>Plaintiffs,<br><br>v.<br><br>TOAST, INC., a corporation;<br><br>TOAST PROCESSING SERVICES, LLC, a limited liability company;<br><br>STRATEX HOLDCO, LLC, a limited liability company;<br><br>STRATEGY EXECUTION PARTNERS LLC, a limited liability company; and<br><br>XTRA CHEF, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:26-cv-12705-TSH<br><br>**DEFENDANTS' FED. R. CIV. PROC. RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Toast, Inc. ("Toast") hereby discloses that Toast has no parent corporation and Blackrock, Inc. reportedly owns approximately 10% of Toast's stock. Defendants Toast Processing Services, LLC; Strategy Execution Partners LLC; Stratex Holdco, LLC; and xtra CHEF, LLC are wholly-owned subsidiaries of Toast, a publicly traded company on the New York Stock Exchange.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- The named parties

Toast Wholly-Owned Subsidiaries: The following companies are wholly-owned subsidiaries of Toast and are not publicly traded:

- Airloom AI Inc.
- Delphi Display Systems, Inc.
- Toast Tab Poland sp.zo.o.
- Sling Inc.
- Sling ehf.
- Toasttab Ireland Limited
- Toast Capital LLC
- ToastCap SPV, LLC
- Toast MSC, Inc.
- OAE Software, LLC
- Toast Tab Private Limited
- Toast International, Inc.

- Toasttab UK Ltd.
- Toast Canada, Inc.
- Toast Australia Pty. Ltd.
- Toasttab New Zealand Limited
- Toast Employee Cloud, Inc.
- Toast Insurance Services, Inc.

Dated: November 3, 2026

Respectfully submitted,

By: */s/ Hayes P. Hyde*

HAYES P. HYDE (SBN 308031)
*HHyde@goodwinlaw.com*
525 Market Street
San Francisco, CA 94105
Tel.: +1 415 733-6044
Fax: + 1 415 390-7975

RICHARD M. STRASSBERG (*pro hac vice forthcoming*)
*RStrassberg@goodwinlaw.com*
620 Eighth Avenue
New York, NY 10018
Tel: +1 212 813-8800
Fax: +1 212 355-3333

KATE MACLEMAN (*pro hac vice forthcoming*)
*KMacLeman@goodwinlaw.com*
100 Northern Avenue
Boston, MA 02210
Tel: +1 617 570-3932
Fax: +1 617 801-8955

W. KYLE TAYMAN (*pro hac vice forthcoming*)
*KTayman@goodwinlaw.com*
ELIZABETH O. TUCCI (*pro hac vice forthcoming*)
*etucci@goodwinlaw.com*
1900 N Street, NW
Washington, DC 20036
Tel: +1 202 346-4245
Fax: +1 202 204-7309

**GOODWIN PROCTER LLP**

Attorneys for Defendants
TOAST, INC.; TOAST PROCESSING SERVICES, LLC; STRATEGY EXECUTION PARTNERS LLC; STRATEX HOLDCO, LLC; AND XTRA CHEF, LLC