UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Fed. Trade Comm'n, et. al., Plaintiff(s),

v.

Toast, Inc., et. al., Defendant(s).

Case No. 3:26-CV-12705

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brady Grassmeyer, an active member in good standing of the bar of State of Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Attorney General of Colorado in the above-entitled action. My local co-counsel in this case is Sall Tieu, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 346034.

| | |
|---|---|
| 1300 Broadway, 10th Fl., Denver, CO 80203 | 10990 Wilshire, # 400, Los Angeles, CA 93063 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 720-508-6263 | 202-304-7313 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| brady.grassmeyer@coag.gov | stieu@ftc.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 47479.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/29/2026 Brady Grassmeyer
APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brady Grassmeyer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ________________________

______________________________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

# SUPREME COURT

## State of Colorado.

STATE OF COLORADO, ss:

*I, **Marizela Cano**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

***Brady J. Grassmeyer***

*has been duly licensed and admitted to practice as an*

## *ATTORNEY AND COUNSELOR AT LAW*

*within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **3rd** day of **November** A.D. **2014** and that at the date hereof the said **Brady J. Grassmeyer** is in good standing at this Bar.*

**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **4th** day of **November** A.D. **2026***

***Marizela Cano***
Clerk

By [signature]
Deputy Clerk

SUPREME COURT ✦ STATE OF COLORADO ✦