# EXHIBIT 1

**From:** Mosley, Carlton
**To:** MacLeman, Kate; Liebner, Stephanie; Tieu, Sally
**Cc:** Strassberg, Richard M; Tayman, Kyle; Hyde, Hayes; Tucci, Elizabeth Olivia
**Subject:** RE: FTC et. al. v, Toast, Inc. et. al (Case No. 3:26-cv-12705) -- Case Schedule
**Date:** Tuesday, November 24, 2026 5:06:49 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
image007.png

---

***EXTERNAL***

Kate,

We disagree. Allowing two additional weeks for a deadline that would be seven weeks away is ample professional courtesy (especially after filing nearly a month ago). And even in that proposal, we only give ourselves an additional week of briefing time to prevent further delay in the case and, ultimately, to relief for consumers. We typically don't agree to extensions, but are mindful of your team's situation and believe that our two-week accommodation responds precisely to that.

With respect to a call, we have already met to discuss scheduling. We have full authority to resolve this issue with you and since the call have made our positions clear over the course of several emails. Any additional calls are unlikely to change that, but I can make myself available at 5:30pm to talk.

Best,
Carlton

**Carlton B. Mosley**
Attorney
Federal Trade Commission
Bureau of Consumer Protection – Division of Financial Practices
600 Pennsylvania Ave. NW, Mailstop-5K21
Washington, DC 20580
(202) 326-2163
cmosley@ftc.gov

**From:** MacLeman, Kate <KMacLeman@goodwinlaw.com>
**Sent:** Tuesday, November 24, 2026 3:50 PM
**To:** Mosley, Carlton <cmosley@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Tieu, Sally <stieu@ftc.gov>
**Cc:** Strassberg, Richard M <RStrassberg@goodwinlaw.com>; Tayman, Kyle <KTayman@goodwinlaw.com>; Hyde, Hayes <HHyde@goodwinlaw.com>; Tucci, Elizabeth Olivia <etucci@goodwinlaw.com>
**Subject:** Re: FTC et. al. v, Toast, Inc. et. al (Case No. 3:26-cv-12705) -- Case Schedule

Carlton,

There are 16 new counts in the as-filed complaint. What is the reason for not extending the professional courtesy of an additional three days to file our motion to dismiss?

As you know, I am new to the case. I have a summary judgment brief due on December 14 and 9 noticed depositions between now and the end of the year. My colleagues have similar time constraints. I do not think the court will appreciate the complete lack of professional courtesy here.

I request an additional meet and confer - by Zoom - with someone on your side with decision-making authority. Please provide a time today or tomorrow, and I will make myself available at your and their convenience.

Kate

Kate MacLeman
GOODWIN
100 Northern Avenue
Boston, MA 02210
617.570.3932

**From:** Mosley, Carlton <cmosley@ftc.gov>
**Sent:** Tuesday, November 24, 2026 3:19 PM
**To:** MacLeman, Kate <KMacLeman@goodwinlaw.com>; Liebner, Stephanie <sliebner@ftc.gov>; Tieu, Sally <stieu@ftc.gov>
**Cc:** Strassberg, Richard M <RStrassberg@goodwinlaw.com>; Tayman, Kyle <KTayman@goodwinlaw.com>; Hyde, Hayes <HHyde@goodwinlaw.com>; Tucci, Elizabeth Olivia <etucci@goodwinlaw.com>
**Subject:** RE: FTC et. al. v, Toast, Inc. et. al (Case No. 3:26-cv-12705) -- Case Schedule

***EXTERNAL***
Hi Kate,

I've been back and forth with my management this afternoon and they've authorized a response deadline of January 12, provided that, in the event of a motion to dismiss, we can file our opposition on February 2. They have indicated that we cannot move any further than that. I've updated the table below to reflect our proposal.

We hope this will obviate the need for a motion; however, should this lead to a contested motion with the Court, we will oppose any deadline extension as two months is more than sufficient for a responsive pleading—and Toast has had our Complaint for far longer than that.

Best,
Carlton

**Carlton B. Mosley**
Attorney
Federal Trade Commission
Bureau of Consumer Protection – Division of Financial Practices
600 Pennsylvania Ave. NW, Mailstop-5K21
Washington, DC 20580
(202) 326-2163
cmosley@ftc.gov

---

**From:** MacLeman, Kate <KMacLeman@goodwinlaw.com>
**Sent:** Tuesday, November 24, 2026 12:36 PM
**To:** Mosley, Carlton <cmosley@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Tieu, Sally <stieu@ftc.gov>
**Cc:** Strassberg, Richard M <RStrassberg@goodwinlaw.com>; Tayman, Kyle <KTayman@goodwinlaw.com>; Hyde, Hayes <HHyde@goodwinlaw.com>; Tucci, Elizabeth Olivia <etucci@goodwinlaw.com>
**Subject:** Re: FTC et. al. v, Toast, Inc. et. al (Case No. 3:26-cv-12705) -- Case Schedule

Carlton, the other deadlines will be reset when the Article III judge is assigned, so I think we can wait to discuss those. On the response deadline, we are willing to meet in the middle and agree to a deadline of January 15. Let me know if you agree, or if we need to file a contested motion with the Court.

Kate

Kate MacLeman
GOODWIN
100 Northern Avenue
Boston, MA 02210

617.570.3932

---

**From:** Mosley, Carlton <cmosley@ftc.gov>
**Sent:** Tuesday, November 24, 2026 12:30 PM
**To:** MacLeman, Kate <KMacLeman@goodwinlaw.com>; Liebner, Stephanie <sliebner@ftc.gov>; Tieu, Sally <stieu@ftc.gov>
**Cc:** Strassberg, Richard M <RStrassberg@goodwinlaw.com>; Tayman, Kyle <KTayman@goodwinlaw.com>; Hyde, Hayes <HHyde@goodwinlaw.com>; Tucci, Elizabeth Olivia <etucci@goodwinlaw.com>
**Subject:** RE: FTC et. al. v, Toast, Inc. et. al (Case No. 3:26-cv-12705) -- Case Schedule

***EXTERNAL***
Hi Kate,

We've spoken with our management and have been authorized to give a one-week extension to the response deadline, provided that we receive an additional week to submit an opposition if a motion to dismiss is filed. We have not been authorized to extend any other deadlines. I've added a column to the table below with our proposed dates.

Best,
Carlton

**Carlton B. Mosley**
Attorney
Federal Trade Commission
Bureau of Consumer Protection – Division of Financial Practices
600 Pennsylvania Ave. NW, Mailstop-5K21
Washington, DC 20580
(202) 326-2163
cmosley@ftc.gov

---

**From:** MacLeman, Kate <KMacLeman@goodwinlaw.com>
**Sent:** Sunday, November 22, 2026 7:55 AM
**To:** Liebner, Stephanie <sliebner@ftc.gov>; Tieu, Sally <stieu@ftc.gov>; Mosley, Carlton <cmosley@ftc.gov>
**Cc:** Strassberg, Richard M <RStrassberg@goodwinlaw.com>; Tayman, Kyle <KTayman@goodwinlaw.com>; Hyde, Hayes <HHyde@goodwinlaw.com>; Tucci, Elizabeth Olivia <etucci@goodwinlaw.com>
**Subject:** Re: FTC et. al. v, Toast, Inc. et. al (Case No. 3:26-cv-12705) -- Case Schedule

You don't often get email from kmacleman@goodwinlaw.com. Learn why this is important
Stephanie,

Setting aside our motion to transfer and stay, which I understand you will oppose, do plaintiffs agree to the below modified schedule?

Thank you,
Kate

| Event | Current Deadline | Proposed Deadline | FTC Proposal |
|---|---|---|---|
| **Response Deadline** | 12/28/2026 | 1/22/2027 | ~~1/5/2027~~**1/12/2027** |
| **Court-Ordered Meet and Confer Deadline to file ADR Certification** | 1/7/2027 | 2/11/2027 | 1/7/2027 |
| **Exchange Initial Disclosures** | 1/21/2027 | 2/25/2027 | 1/21/2027 |
| **File Joint Case Management Statement** | 1/21/2027 | 2/25/2027 | 1/21/2027 |
| **FTC Opposition Deadline** | | | ~~1/26/2027~~**2/2/2027** |
| | | | |

| | | | |
|---|---|---|---|
| **Initial Case Management Conference** | 1/28/2027 | 3/4/2027 | 1/28/2027 |

Kate MacLeman
GOODWIN
100 Northern Avenue
Boston, MA 02210
617.570.3932

---

**From:** Liebner, Stephanie <sliebner@ftc.gov>
**Sent:** Wednesday, November 18, 2026 4:31 PM
**Subject:** RE: FTC et. al. v, Toast, Inc. et. al (Case No. 3:26-cv-12705) -- Case Schedule

***EXTERNAL***
Hello Kate,

We intend to oppose the motion to transfer and any related motion to stay deadlines. However, as I mentioned before, if you all have a proposal on a briefing schedule for your Answer/MTD and transfer motion, you can send it along and we will consider it and get back to you. If there is anything else that we should confer on at this point, let me know and I can propose some times.

Best,

Stephanie Liebner

---

**From:** MacLeman, Kate <KMacLeman@goodwinlaw.com>
**Sent:** Wednesday, November 18, 2026 3:54 PM
**To:** Liebner, Stephanie <sliebner@ftc.gov>; Tieu, Sally <stieu@ftc.gov>; Mosley, Carlton <cmosley@ftc.gov>
**Cc:** Strassberg, Richard M <RStrassberg@goodwinlaw.com>; Tayman, Kyle <KTayman@goodwinlaw.com>; Hyde, Hayes <HHyde@goodwinlaw.com>; Tucci, Elizabeth Olivia <etucci@goodwinlaw.com>
**Subject:** FTC et. al. v, Toast, Inc. et. al (Case No. 3:26-cv-12705) -- Case Schedule

You don't often get email from kmacleman@goodwinlaw.com. Learn why this is important

Counsel,

Toast intends to move to transfer this case to the District of Massachusetts and to stay all deadlines while the motion to transfer is pending. Please let me know when you are available to meet and confer on behalf of all plaintiffs.

Thank you,

**Kate MacLeman**

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
o +1 617 570 3932
f +1 617 801 8955
KMacLeman@goodwinlaw.com