Hayes P. Hyde (SBN 308031)
*HHyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF COLORADO, FLORIDA, ILLINOIS, IOWA, NEBRASKA, OKLAHOMA AND UTAH; THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through LOS ANGELES COUNTY COUNSEL DAWYN R. HARRISON and SAN FRANCISCO CITY ATTORNEY DAVID CHIU,

Plaintiffs,

v.

TOAST, INC., a corporation; TOAST PROCESSING SERVICES, LLC, a limited liability company; STRATEX HOLDCO, LLC, a limited liability company; STRATEGY EXECUTION PARTNERS LLC, a limited liability company; and XTRA CHEF, LLC, a limited liability company,

Defendants.

Case No. 3:26-cv-12705-EMC

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME**

Judge: Hon. Edward M. Chen

Concurrently Filed With:

1. Defendants' Motion to Enlarge Time
2. Declaration of Kate E. MacLeman

Complaint filed: October 29, 2026

Defendants Toast, Inc.; Toast Processing Services, LLC; Stratex Holdco, LLC; Strategy Execution Partners LLC; and Xtra Chef, LLC (collectively, "Defendants") have filed a Motion to Enlarge Time ("Motion to Enlarge Time"), seeking to extend their deadline to respond to Plaintiffs' Complaint until three weeks after resolution of Defendants' forthcoming Motion to Transfer this action to the United States District Court for the District of Massachusetts.

Having considered the Motion to Enlarge Time, the Court orders:

Defendants shall file a response to Plaintiffs' Complaint (including a motion to dismiss if they so move) no later than **21 days after resolution of Defendants' Motion to Transfer this action to the United States District Court for the District of Massachusetts**.

**[ALTERNATIVE ORDER]**

Alternatively, in lieu of the extension tied to resolution of the Motion to Transfer set forth above, the Court orders the following briefing schedule:

Defendants shall file a response to Plaintiffs' Complaint (including a motion to dismiss if they so move) no later than **January 15, 2027**.

**IT IS SO ORDERED.**

Dated: ________________________

________________________________________
UNITED STATES DISTRICT JUDGE